UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Subpoena to Trustpilot, Inc. | Misc. Civil Case. No. _____ <br><br> Underlying Action pending in the United States District Court for the Central District of California, *Diamond Resorts U.S. Collection Development, LLC, a Delaware limited liability company, et al. v. Pandora Marketing, LLC d/b/a Timeshare Compliance, a Wyoming limited liability company, et al.*, Case. No. 2:20-cv-05486-DSF-ADS. |

### DIAMOND'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(d)(2)(B)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Compel Compliance with Subpoena pursuant to Fed. R. Civ. P. 42(d)(2)(B), the Declaration of Emily Thomas in Support of Diamond's Motion to Compel Compliance with Subpoena pursuant to Fed. R. Civ. P. 45(d)(2)(B), dated March 19, 2021 and attached exhibits, Diamond Resorts U.S. Collection Development, LLC ("Diamond") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order Compelling Compliance with Subpoena to Trustpilot, Inc., pursuant to Federal Rule of Civil Procedure 45.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested.

[*Signature on following page*]

Dated: March 19, 2021　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

**BAKER HOSTETLER LLP**

*/s/ Oren J. Warshavsky*
Gerald Ferguson, Esq.
gferguson@bakerlaw.com
Oren J. Warshavsky, Esq.
owarshavsky@bakerlaw.com
Victoria L. Stork, Esq.
vstork@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Tel: 212.589.4200
Fax: 212.589.4201

Emily B. Thomas (*pro hac vice* to be filed)
ethomas@bakerlaw.com
811 Main Street, Suite 1100
Houston, TX 77002

Carrie Dettmer Slye (*pro hac vice* to be filed)
cdettmerslye@bakerlaw.com
312 Walnut Street, Suite 3200
Cincinatti, OH 45202

*Attorneys for Petitioner*